UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2015 FEB -4  PM 1:50

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT VILLARREAL (1),<br><br>Defendant. | CRIMINAL NO. SA15CR0058XR<br><br>**INDICTMENT**<br><br>[Vio. 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) Possession with intent to Distribute 50 grams or more of Methamphetamine, a Schedule II Controlled Substance]. |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. § 841(a)(1) and 841(b)(1)(B)]

That on or about January 22, 2015, in the Western District of Texas, Defendant,

**ALBERT VILLARREAL,**

did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

A TRUE BILL.

FOREPERSON

RICHARD L. DURBIN, JR.
Acting United States Attorney

By: PRISCILLA GARCÍA
Assistant United States Attorney